No. 92–6735.  WILLIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–6770.  MOORE *v.* ZANT, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 92–6775.  TOMLINSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7084.  MASTERS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7104.  HILL *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 92–7148.  FAUBER *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–7162.  WHITE *v.* UNITED STATES; and
No. 92–7184.  WILSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 972 F. 2d 590.

No. 92–7235.  ELLIOTT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7428.  GRAHAM *v.* FORDICE, GOVERNOR OF MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–7432.  JONES *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 92–7434.  JOHNSON *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 92–7435.  ALLUSTIARTE ET AL. *v.* RUDNICK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–7442.  PAREZ *v.* GENERAL ATOMICS.  C. A. 9th Cir.  Certiorari denied.

No. 92–7448.  LAWSON *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.